IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID DAVIS, et al.,                                No. 09-0257 PJH

      Plaintiffs,

   v.

MICHAEL HERMAN, et al.,

      Defendants.

_____

                                No. 09-1743 CW

DAVID DAVIS, et al.,

      Plaintiffs,

   v.                                        JUDICIAL REFERRAL
                                              FOR PURPOSES OF
                                              DETERMINING
MICHAEL HERMAN, et al.,                       RELATIONSHIP OF
                                              CASES
      Defendants.

_____/


      Pursuant to Civil L.R. 3-12(c), this Court, sua sponte,

refers the above-captioned cases to District Judge Phyllis J.

Hamilton to consider whether these cases are related.  Plaintiffs

shall file any response in opposition to or support of relating the

cases within five (5) days of receipt of this Order.

                6/8/09

Dated _____          _____
                                        CLAUDIA WILKEN
                                        United States District Judge

**United States District Court**
For the Northern District of California

1

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

2

3

DAVID DAVIS et al,

4                    Plaintiff,

Case Number: CV09-01743 CW

5                                                    **CERTIFICATE OF SERVICE**

6      v.

MICHAEL HERMAN et al,

7

8                    Defendant.
_____/

9

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court,
10   Northern District of California.

11   That on June 8, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies)
in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in
12   the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's
office.

13

14

15   David  Davis
Page  Gearhart-Davis
16   2043 Nicolas Drive
Yuba City,  CA 95993
17
Dated: June 8, 2009
18                                                   Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk
19

20

21

22

23

24

25

26

27

28
                                    2